UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Dahl Trucking Inc.

Case No.: 00-CV-2197 DWF/AJB

Plaintiff,

vs.

**STIPULATION TO AMEND PLEADINGS** and ORDER

National Casualty Company

Defendant.

Defendant National Casualty Company and Plaintiff Dahl Trucking Inc., through their respective counsel, hereby stipulate that defendant National Casualty Company may assert the amended pleading designated as Defendant's Counterclaim, attached hereto.

Dated: 12 · 15 .00

Robert E. Salmon (123031)
Andrea L. Huff (0298177)
**Meagher & Geer, P.L.L.P.**
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-0661

*Attorneys for Defendant*
*National Casualty Company*

DEC 29 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 12/21/00

Henry M. Helgen, III (151075)
Kathleen Brennen (256870)
**McGrann, Shea, Franzen, Carnival, Straughn & Lamb**
2600 US Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402

*Attorneys for Plaintiff Dahl Trucking Inc.*

**ORDER**

Based upon the foregoing stipulation, leave of court is granted to allow defendant National Casualty to file the attached counterclaim.

By the Court:

Honorable Judge Arthur J. Boylan

12/29/00

850711.1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Dahl Trucking Inc. Case No.: 00-CV-2197 DWF/AJB

Plaintiff,

vs. **DEFENDANT'S COUNTERCLAIM**

National Casualty Company

Defendant.

Defendant National Casualty Company for its Counterclaim against plaintiff Dahl Trucking Inc. states and alleges as follows:

I.

That the above named plaintiff commenced an action against defendant National Casualty Company for property damage and injuries alleged from an accident which occurred on or about the 29th day of May, 1998. The plaintiffs have alleged that defendant breached its duties under an insurance policy by denying coverage for damages arising out of the accident.

II.

That defendant has affirmatively denied that coverage is available to plaintiff under the policy of insurance for the losses plead in plaintiff's complaint. Additionally, defendant has affirmatively asserted that no coverage is afforded for the losses plead in plaintiff's complaint.

III.

That defendant advanced $8,208.16, under a reservation of rights, on plaintiff's behalf in connection with the losses referenced in plaintiff's complaint. Defendant is entitled in law

and/or equity to reimbursement of such sums in the event there is a determination that is no coverage exists for the losses referenced in plaintiff's complaint.

IV.

If defendant is liable to plaintiff Dahl Trucking Inc., which liability is expressly denied, then defendant is entitled to a set-off of $8,206.16, together with interest, for any such damages adjudged against it in favor of plaintiff Dahl Trucking Inc..

WHEREFORE, defendant National Casualty Corporation prays that plaintiff take nothing by its pretended cause of action, and that defendant be awarded judgment of dismissal with prejudice together with all costs and disbursements incurred herein. In the alternative, if there is a determination that coverage for the loss identified in plaintiff's complaint does not exist, defendant Dahl Trucking Inc. prays for reimbursement from plaintiff of $8,208.16, plus interest. If, however, plaintiff Dahl Trucking Inc secures a judgment against this answering defendant, then defendant prays for a set of of any judgment or award in the amount advanced by defendant on behalf of plaintiff Dahl Trucking in connection with the loss identified in plaintiff's complaint, together with all costs and disbursements incurred herein.

Dated: 12 · 15, 2000

Robert E. Salmon (123031)
Andrea L. Huff (0298177)
MEAGHER & GEER
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 338-0661

*Attorneys for Defendant National Casualty Company*

**ACKNOWLEDGMENT**

The undersigned hereby acknowledges that costs, disbursements and reasonable attorney and witness fees may be awarded pursuant to Minn. Stat. §549.211 to the party against whom the allegations in this pleading are asserted.

850712.1